USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/8/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

U.S. WATER FILTERS, INC.,

            Defendant.

19 Civ. 10302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 8, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by January 6, 2020. ECF No. 5. Those submissions are now overdue. Accordingly, it is hereby ORDERED that by **January 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge