USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

# SHALOM | LAW
PLLC

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 8, 2020

**VIA ECF**

Hon. Analissa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Morgan v. US Water Filters, Inc., Civil Action No. 1:19-CV-10302-AT*

Dear Judge Torres:

The undersigned represents Plaintiff Jon R. Morgan in the above-referenced matter. This letter is in response to the Court's January 8, 2020 Order (Dkt # 8) requesting the parties to submit their Joint Letter and Proposed Case Management Plan by January 9, 2020. Pursuant to Rule 1C of Your Honor's Individual Motion Practices and Rules, the undersigned would like to request an adjournment of the Initial Conference currently scheduled for January 13, 2020.

Defendant has been properly served on November 12, 2019 and an Affidavit of Service has been filed with the Court on December 20, 2019 (Dkt # 7). Defendant's time to move or respond to Plaintiff's Complaint was due on December 3, 2019. Defendant is currently in default. The undersigned respectfully request an adjournment of the Initial Conference by thirty (30) days to allow for Defendant to enter a Notice of Appearance and respond to the Complaint prior to Plaintiff having to move for default.

This is the first request for an adjournment of the Initial Conference. No other deadlines have been scheduled in this case, and accordingly, the requested adjournment will not impact any dates previously scheduled after the current Initial Conference date.

We thank the Court for its attention to this matter.

Sincerely,

*[signature]*

Jonathan Shalom

GRANTED. The initial pretrial conference scheduled for January 13, 2020, is ADJOURNED to **February 13, 2020,** at **11:40 a.m.** By **February 6, 2020,** the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 8, 2020
        New York, New York

*[signature]*

ANALISA TORRES
United States District Judge