USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

# jackson lewis

Representing Management Exclusively in Work[place Law]

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | |
|---|---|---|
| ALBANY, NY | GREENVILLE, SC | |
| ALBUQUERQUE, NM | HARTFORD, CT | |
| ATLANTA, GA | HONOLULU, HI* | |
| AUSTIN, TX | HOUSTON, TX | |
| BALTIMORE, MD | INDIANAPOLIS, IN | |
| BIRMINGHAM, AL | JACKSONVILLE, FL | |
| BOSTON, MA | KANSAS CITY REGION | |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

February 5, 2020

**VIA ECF & VIA Torres_NYSDCHAMBERS@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **Jon R. Morgan v. US Water Filters, Inc.**
          **Case No. 19-cv-10302 (AT)**

Dear Judge Torres:

  This firm represents Defendant, US Water Filters, Inc., and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond through and including February 19, 2020, and the adjournment of the Initial Conference currently scheduled for February 13, 2020.

  Plaintiff's counsel consents to these requests. These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

  This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

  Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: /s/ Rebecca M. McCloskey
   Rebecca M. McCloskey

---

GRANTED. By **February 19, 2020**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for February 13, 2020, is ADJOURNED to **March 26, 2020**, at **12:00 p.m.** By March 19, 2020, the parties shall file the required joint letter and proposed case management plan.

SO ORDERED.

Dated: February 5, 2020
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge