USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

U.S. WATER FILTERS, INC.,

          Defendant.

19 Civ. 10302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for March 26, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 26, 2020**, at **12:00 p.m.** with both parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                ANALISA TORRES
                                United States District Judge