USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/23/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

U.S. WATER FILTERS, INC.,

           Defendant.

19 Civ. 10302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial pretrial conference is scheduled in this action on March 26, 2020, at 12:00 p.m. The conference will proceed in conformance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at **12:00 p.m.** on **March 26, 2020**, the parties shall separately call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign. The parties are directed to disregard the conference call procedures set out in the Court's March 9, 2020 order, ECF No. 19.

    In addition, to protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.

    The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: March 23, 2020
       New York, New York

                                    ANALISA TORRES
                            United States District Judge